Martin-Marietta Corporation, Appellant, *v.*
United Bonding Insurance Company,
Appellant.

Argued March 8, 1971. *Michael H. Schaeffer,*
with him *John W. Purcell,* and *Schaeffer, Purcell &
Nissley,* for plaintiff, appellant; *George S. Black,* with
him *Black and Davison,* for defendant, appellant.

OPINION PER CURIAM: In the appeal at No. 182,
October Term, 1971, the order is affirmed.

In the appeal at No. 1489, October Term, 1970, the
order is affirmed.

Masucci et vir, Appellants, *v.* Scoleri.

Argued March 15, 1971. *Anthony L. V. Pic-
ciotti,* with him *Dante W. Renzulli, Jr.,* and *Picciotti
& Renzulli,* for appellants; *George J. McConchie,* with
him *Cramp, D'Iorio, McConchie and Surrick,* for ap-
pellees.

Order affirmed.

Mawhinney et al., Appellants, *v.* Selak.

Argued
March 18, 1971. *Joseph P. Gorham,* for appellants;
*Dudley Hughes,* with him *Detweiler, Hughes & Marcus,*
for appellee.

Judgment affirmed.

HOFFMAN, J., absent.